# Exhibit 2

Charted Claims:

Method Claim: 1

| US6978301B2 | AG Neovo's PID Command & Ctrl Display Management Software ("Accused Instrumentality") |
|---|---|
| 1. A method for communicating with a network device, the method comprising the steps of: | The accused instrumentality discloses a method for communicating with a network device (e.g., display).<br><br><br>https://www.agneovo.com/en_us/ |



https://web.archive.org/web/20220927171929/https://www.agneovo.com/en_us/software/pid-command-ctrl



https://apps.apple.com/ec/app/pid-command-ctrl/id1495152288

| | |
|---|---|
| | AG Neovo PID Command & Ctrl is a software application tool that allows users to control, configure and test public information displays via LAN or RS-232 connections in a simple and intuitive way. It also can be used to assist system integrators with external control systems by generating and displaying the commands exchanged between the software and displays.<br><br>Features and Benefits<br><br>PID Command & Ctrl provides a simple and easy-to-use interface to perform the following functions:<br><br><ul><li>Easy remote access to many common controls.</li><li>Access to advanced tiling controls.</li><li>Assists with diagnosing connection and configuration problems.</li><li>Displays all commands exchanged.</li><li>Provides control to one or all displays via display grouping.</li></ul>https://device.report/manual/1941790 |



You can interconnect multiple displays to create a daisy-chain configuration a video wall via LAN or RS-232.

https://device.report/manual/1941790

| | |
|---|---|
| receiving a network device identifier, the network device identifier corresponding to the network device; | The accused instrumentality discloses receiving a network device identifier (e.g., IP Address), the network device identifier (e.g., IP Address) corresponding to the network device (e.g., display).<br><br>As shown below, the accused instrumentality installed on a computing device communicates with the connected displays (e.g., network device) by first receiving the IP Address (e.g., network device identifier) corresponding to the displays (e.g., network device) by initiating the process of 'IP Scan' where the displays (e.g., network device) that are present in the LAN are discovered by the accused instrumentality by receiving the IP Address (e.g., network device identifier) corresponding to the specific displays (e.g., network device). |



https://web.archive.org/web/20220927171929/https://www.agneovo.com/en_us/software/pid-command-ctrl

AG Neovo PID Command & Ctrl is a software application tool that allows users to control, configure and test public information displays via LAN or RS-232 connections in a simple and intuitive way. It also can be used to assist system integrators with external control systems by generating and displaying the commands exchanged between the software and displays.

Features and Benefits

PID Command & Ctrl provides a simple and easy-to-use interface to perform the following functions:

- Easy remote access to many common controls.
- Access to advanced tiling controls.
- Assists with diagnosing connection and configuration problems.
- Displays all commands exchanged.
- Provides control to one or all displays via display grouping.

https://device.report/manual/1941790

You can interconnect multiple displays to create a daisy-chain configuration a video wall via LAN or RS-232.



https://device.report/manual/1941790

**What's new in this version**

This version of PID Command & Ctrl has the following new features and functionality since version 1.0:

- **IP Scan:** automatically scan and add supported AG Neovo displays located in the same LAN.

- **Support new display models:** added support for QM-Series and CMS/Custom sources. Added support for IFP-Series and NSD-Series.

https://device.report/manual/1941790

**Creating a device list in the "Control" tab**

Device lists can be created for LAN or RS232 interface control, or previously saved lists can also be loaded.

**Adding displays with LAN interface**

- Step 1. Select "LAN" as the Comms Interface.
- Step 2. Enter the IP address of the AG Neovo display or click "IP Scan."
- Step 3. Select the Model of the display.
- Step 4. Click "Add Device" then the device will be added to the list.

https://device.report/manual/1941790



https://device.report/manual/1941790

| | |
|---|---|
| retrieving a command-format template from a repository containing a plurality of command-format templates, wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field; | The accused instrumentality discloses retrieving a command-format template (e.g., device specific command template) from a repository containing a plurality of command-format templates (e.g., command format templates corresponding to multiple connected devices), wherein the command-format template (e.g., device specific command template) indicates how to construct a device-specific command for the network device (e.g., display) and includes an attribute field (e.g., brightness, volume, backlight, temperature, etc.).<br><br>As shown below, the accused instrumentality installed on a computing device uses specific commands (e.g., device-specific command) corresponding to the specific display (e.g., network device) to control the specific display (e.g., network device) that are connected to the computing device on which the accused instrumentality is installed. The specific commands (e.g., device-specific command) that used to control the connected displays (e.g., network device) comprise of various control fields such as brightness, backlight, volume, temperature, etc. (e.g., attribute field).<br><br>**What's new in this version**<br><br>This version of PID Command & Ctrl has the following new features and functionality since version 1.0:<br><br>- **IP Scan:** automatically scan and add supported AG Neovo displays located in the same LAN.<br><br>- **Support new display models:** added support for QM-Series and CMS/Custom sources. Added support for IFP-Series and NSD-Series.<br><br>https://device.report/manual/1941790 |

**Creating a device list in the "Control" tab**

Device lists can be created for LAN or RS232 interface control, or previously saved lists can also be loaded.

**Adding displays with LAN interface**

- Step 1. Select "LAN" as the Comms Interface.
- Step 2. Enter the IP address of the AG Neovo display or click "IP Scan."
- Step 3. Select the Model of the display.
- Step 4. Click "Add Device" then the device will be added to the list.

https://device.report/manual/1941790



https://device.report/manual/1941790



https://www.youtube.com/watch?v=yHWJcePByNY



https://device.report/manual/1941790



attribute field

device-specific command for selected device e.g., PN-55H

https://device.report/manual/1941790



https://www.nautic-center.se/Files/Images/Ecom/Product%20files/QX-28_Command_tool_UserGuide.pdf



- Step 2. Click on any function button to control the display(s).

https://www.nautic-center.se/Files/Images/Ecom/Product%20files/QX-28_Command_tool_UserGuide.pdf

| identifying attribute data corresponding to the attribute field; | The accused instrumentality discloses identifying attribute data (e.g., brightness value) corresponding to the attribute field (e.g., brightness field).<br><br>As shown below, the accused instrumentality installed on a computing device controls the connected displays (e.g., network device) by specific commands (e.g., device-specific commands) that comprise of various control fields such as brightness (e.g., attribute field) that is manipulated by brightness value (e.g., attribute data) associated with the corresponding control field (e.g., attribute field). |
| --- | --- |



https://device.report/manual/1941790



https://device.report/manual/1941790



https://device.report/manual/1941790

| generating the device-specific command for the network device using the retrieved command-format template and the identified attribute data; and | The accused instrumentality discloses generating the device-specific command for the network device (e.g., display) using the retrieved command-format template (e.g., commands) and the identified attribute data (e.g., brightness value). <br><br> As shown below, the accused instrumentality installed on a computing device generates such specific commands (e.g., device-specific command) that comprise various control fields (e.g., attribute field) that are manipulated by the control field value (e.g., attribute data) corresponding to the control field (e.g., attribute field). |
|---|---|



https://device.report/manual/1941790



https://device.report/manual/1941790



https://device.report/manual/1941790

You can interconnect multiple displays to create a daisy-chain configuration a video wall via LAN or RS-232.



https://device.report/manual/1941790



https://www.youtube.com/watch?v=yHWJcePByNY

| providing the generated device-specific command to the network device. | The accused instrumentality discloses providing the generated device-specific command (e.g., commands) to the network device (e.g., display).<br><br>As shown below, the accused instrumentality installed on a computing device transmits the generated specific command (e.g., device-specific command) to the specific display (e.g., network device) connected to the computing device using LAN protocol. |
| --- | --- |



https://device.report/manual/1941790

You can interconnect multiple displays to create a daisy-chain configuration a video wall via LAN or RS-232.



https://device.report/manual/1941790



https://www.youtube.com/watch?v=yHWJcePByNY